IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON BRADLEY THOMAS**                                                                 **PETITIONER**
*Reg #14285-003*

v.                              CASE NO. 2:22-CV-00015-BSM

**CHAD GARRETT**
**Warden, FCI-Forrest City**                                                              **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 14] is adopted. Jason Thomas's petition is dismissed without prejudice as moot, and a certificate of appealability is denied.

IT IS SO ORDERED this 15th day of September, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE