IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON BRADLEY THOMAS**  **PETITIONER**
*Reg #14285-003*

v.  CASE NO. 2:22-CV-00015-BSM

**CHAD GARRETT**
**Warden, FCI-Forrest City**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE